ACCEPTED
03-15-00252-CV
7320154
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/9/2015 4:58:22 PM
JEFFREY D. KYLE
CLERK

**No. 03-15-00252-CV**

# In the Court of Appeals for the Third Judicial District of Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/9/2015 4:58:22 PM
JEFFREY D. KYLE
Clerk

DR. BEHZAD NAZARI, D.D.S. D/B/A ANTOINE DENTAL
CENTER ET. AL., DEFENDANTS–APPELLANTS,

*v.*

STATE OF TEXAS, PLAINTIFF–APPELLEE,

*v.*

XEROX CORPORATION AND XEROX STATE HEALTHCARE, LLC, F/K/A ACS
STATE HEALTHCARE, LLC, THIRD-PARTY DEFENDANTS–APPELLEES.

On Appeal from the 53rd Judicial District Court,
Travis County, Texas, No. D-1-GB-13-005380

## UNOPPOSED MOTION TO POSTPONE ARGUMENT

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud

REYNOLDS B. BRISSENDEN
Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

SCOTT A. KELLER
Solicitor General

J. CAMPBELL BARKER
Deputy Solicitor General
State Bar No. 24049125
cam.barker@texasattorneygeneral.gov

PHILIP A. LIONBERGER
Assistant Solicitor General
State Bar No. 12394380

AUTUMN HAMIT PATTERSON
Assistant Attorney General
State Bar No. 24092947

Counsel for the State of Texas

## Unopposed Motion to Postpone Argument

Appellee the State of Texas respectfully moves to postpone oral argument. This motion is unopposed and rests on the following good cause:

1. This is an appeal in a civil case.

2. On October 8, 2015, this Court set this appeal for oral argument on November 4, 2015.

3. On October 9, 2015, the Texas Supreme Court set for oral argument on November 4, 2015—the same day as argument in this case—the Supreme Court's case number 14-0692, *State of Texas v. One 2004 Lincoln Navigator*.

4. The undersigned counsel is lead counsel for the State and prepared the State's arguments in both cases. To allow the undersigned to present argument in both cases, on separate days, the State respectfully requests that the Court postpone oral argument in this appeal. The State brings this request as soon as possible—on the same day the Supreme Court set argument in No. 14-0692 and just one day after this Court set argument.

5. All parties have been consulted about this motion, and all are unopposed to the requested relief.

6. Counsel for the State has consulted with counsel for all other parties on appeal regarding dates with no conflicting court appearances. Consistent with paragraph 17 of this Court's practice manual, the State presents those dates for the Court's consideration in any rescheduling of argument upon a

grant of this motion. Specifically, counsel have not identified any conflict during the week of November 16-20, 2015; during November 23-25, 2015 (those three days fall before Thanksgiving); or on or after December 14, 2015.

## Conclusion

For the good cause described above, the State of Texas respectfully requests the postponement of oral argument to a later date of convenience to the Court.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud

REYNOLDS B. BRISSENDEN
Assistant Attorney General

SCOTT A. KELLER
Solicitor General

/s/ J. Campbell Barker
J. CAMPBELL BARKER
Deputy Solicitor General
State Bar No. 24049125
cam.barker@texasattorneygeneral.gov

PHILIP A. LIONBERGER
Assistant Solicitor General
State Bar No. 12394380

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Counsel for the State of Texas

## CERTIFICATE OF CONFERENCE

In compliance with Texas Rule of Appellate Procedure 10.1(a)(5), movant conferred with counsel for all parties, and none oppose this motion.

/s/ J. Campbell Barker
J. CAMPBELL BARKER

## CERTIFICATE OF SERVICE

I certify the service of this document on October 9, 2015 by electronic case filing or e-mail upon the following:

**Counsel for Defendants–Appellants:**

Jason Ray
Riggs & Ray, P.C.
506 W. 14th Street, Suite A
Austin, Texas 78701

E. Hart Green
Mitchell A. Toups
Weller, Green, Toups & Terrell, L.L.P.
P.O. Box 350
Beaumont, Texas 77704-0350

**Counsel for Third-Party Defendants–Appellees:**

Constance H. Pfeiffer
Beck Redden LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010

Robert C. Walters
Gibson, Dunn & Crutcher LLP
2100 McKinney Ave., Suite 1100
Dallas, Texas 75201

Eric J.R. Nichols
Christopher R. Cowan
Beck Redden LLP
515 Congress Ave., Suite 1750
Austin, Texas 78701

/s/ J. Campbell Barker
J. CAMPBELL BARKER